On appellants' petition for reconsideration filed June 26, reconsideration allowed; opinion (107 Or App 380, 812 P2d 837) modified; convictions vacated; remanded for further proceedings September 11, 1991

## STATE OF OREGON,
*Respondent,*

*v.*

## DALE EDWARD BURNS,
*Appellant.*

(88-07-1542-C3; CA A62161 (Control))

## STATE OF OREGON,
*Respondent,*

*v.*

## ROBERT LEE KENNEY,
*Appellant.*

(88-07-1542-C2; CA A62298)
(Cases Consolidated)

816 P2d 1219

Gail L. Meyer and Ransom, Blackman & Weil, Portland, for petition.

Before Buttler, Presiding Judge, and Rossman and De Muniz, Judges.

PER CURIAM

## PER CURIAM

Defendants have petitioned for review of our decision. 107 Or App 380, 812 P2d 837 (1991).[1] We treat the petition as one for reconsideration, ORAP 9.15, and allow it. For reasons explained in *State v. Morrison/Bartee,* 108 Or App 766, 816 P2d 1217 (1991), we modify our decision, vacate defendants' convictions and remand for further proceedings as directed in *State v. Morrison/Bartee, supra.*

Petition for reconsideration allowed; opinion modified; convictions vacated; remanded for further proceedings not inconsistent with this opinion.

---

[1] In our *per curiam* opinion, we said:

"The facts of this case are set out in *State v. Morrison/Bartee,* 107 Or App 343, 812 P2d 832 (1991), and the law and the result are the same." 107 Or App at 381.